FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS SALCEDO-ESCALERA,

Defendant.

No. 2:26-CR-00112-RLP-1

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE, GRANTING DEFENDANT'S MOTION TO EXPEDITE, AND GRANTING THE UNITED STATES' MOTION TO SEAL

**ECF Nos. 36, 39, 41**

Before the Court are Defendant Salcedo-Escalera's Motion to Modify Conditions of Release, ECF No. 36, related Motion to Expedite, ECF No. 39, and the United States' Motion to Seal, ECF No. 41. Mr. Salcedo-Escalera requests the Court reduce his secured appearance bond from $15,000 to $9,880 because the value of his vehicles is lower than he believed. ECF No. 36. The United States opposes the request. ECF No. 40.

In a supplemental reply by Mr. Salcedo-Escalera, ECF No. 44, he indicates his daughter is willing to pledge her vehicle as collateral and provide additional cash to satisfy the $15,000 bond. Therefore, Defendant's request to reduce bond is moot.

Additionally, the United States seeks to seal Exhibit 1 of the United States' Response to Defendant's Motion to Modify Conditions of Release, ECF No. 40. ECF No. 41. Exhibit 1 is a presentence investigation report from Case No. 12-CR-00141. The report is sealed in that case at ECF No. 18.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 36**, is **DENIED AS MOOT**.
2. Defendant's Motion to Expedite, **ECF No. 39**, is **GRANTED**.
3. The United States' Motion to Seal, **ECF No. 41**, is **GRANTED**. The District Court Executive is directed to **seal Exhibit 1 of ECF No. 40** so that it is only accessible to the Court, the parties, and United States Probation/Pretrial Services.

**DATED** September 29, 2026

REBECCA L. PENNELL
DISTRICT COURT JUDGE